COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER

Appellate case name:     Jose Isidro Flores v. The State of Texas

Appellate case number:   01-20-00763-CR

Trial court case number: 1664298

Trial court:             178th District Court of Harris County

On November 3, 2020, attorney Angela L. Cameron was appointed to represent appellant, Jose Isidro Flores, in the present appeal. On January 5, 2021, attorney Matthew Mendez filed a notice of appearance as attorney of record for appellant. On January 12, 2021, this Court issued an order advising that, because appellant is already represented by appointed counsel, new counsel must file a motion to substitute in as appellate counsel for appellant or appointed counsel must file a motion to withdraw. *See* TEX. R. APP. P. 6.1(a), 6.5.

On January 12, 2021, attorney Matthew Mendez filed a motion for substitution of counsel. The motion does not comply with Texas Rules of Appellate Procedure 6.5(b) and 6.5(d).

Accordingly, the motion for substitution of counsel is **denied** without prejudice to refile.

It is so ORDERED.

Judge's signature: _____Veronica Rivas-Molloy_____
                                        Acting individually

Date: January 26, 2021